IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GEORGIA-PACIFIC LLC                                                                              PLAINTIFF

V.                                              CASE NO. 13-CV-1013

VESCOM CORPORATION                                                                        DEFENDANTS

ORDER

Before the Court is a Joint Motion to Dismiss Action by Reason of Settlement. (ECF No. 19). Plaintiff has settled all claims against Defendants, and the parties move the Court to dismiss this case with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

The Court notes that a copy of the settlement agreement has been filed as part of the record in this case. (ECF 19-1). The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 3rd day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge